United States Bankruptcy Court
District of Massachusetts

In re:  
Yana V. Kesler  
    Debtor

Case No. 11-13164-fjb  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0101-1 | User: ncalvo | Page 1 of 1 | Date Rcvd: Aug 02, 2011 |
|---|---|---|---|
| | Form ID: odct | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2011.
tr        +Debora Casey,   97 Whiting Street,   Hingham, MA 02043-3822

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2011**          **Signature:** *Joseph Speetjens*

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Yana V. Kesler | Chapter: 7 |
| Debtor, | Case No: 11–13164 |
| | Judge Frank J. Bailey |

## ORDER DISCHARGING TRUSTEE
## AND CLOSING CASE

It is hererby **ORDERED** that Debora Casey, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:8/2/11                                                                                      By the Court,

<u>Frank J. Bailey</u>
U.S. Bankruptcy Judge